IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. DEFLIGER,

    Petitioner,

v.

MIKE DITTMAN, Warden,
Redgranite Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-649-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Robert J. DeFliger for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

_____       1/21/11
Peter Oppeneer, Clerk of Court           Date